FILED
OCT 28 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26 CR 00491 |
| SAM DIDINO, | ) | Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), (b)(1)(C), 846, and Title 18, United States Code, Section 922(g)(1), 924(c)(1)(A)(i), and 924(a)(8) |
| Defendant. | ) | |

JUDGE HENDERSHOT

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, 21 U.S.C. § 846)

The Grand Jury charges:

1. Beginning on or about August 11, 2025, and continuing through October 20, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant SAM DIDINO and others known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(A)(viii).

COUNT 2
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1), and (b)(1)(A)(viii))

The Grand Jury further charges:

2. On or about October 14, 2025, in the Northern District of Ohio, Eastern Division, Defendant SAM DIDINO did knowingly and intentionally possess with intent to distribute 50 grams or more of a methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(A)(viii).

COUNT 3
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1), and (b)(1)(C))

The Grand Jury further charges:

3. On or about October 14, 2025, in the Northern District of Ohio, Eastern Division, Defendant SAM DIDINO did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

COUNT 4
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1), and (b)(1)(A)(viii))

The Grand Jury further charges:

4. On or about October 14, 2025, in the Northern District of Ohio, Eastern Division, Defendant SAM DIDINO did knowingly and intentionally possess with intent to distribute 50 grams or more of a methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(A)(viii).

COUNT 5
(Possession with Intent to Distribute Psilocybin,
21 U.S.C. §§ 841(a)(1), and (b)(1)(C))

The Grand Jury further charges:

5. On or about October 14, 2025, in the Northern District of Ohio, Eastern Division, Defendant SAM DIDINO did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of psilocybin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

COUNT 6
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. §§ 924(c)(1)(A)(i))

The Grand Jury further charges:

6. On or about October 14, 2025, in the Northern District of Ohio, Eastern Division, Defendant SAM DIDINO did knowingly possess a firearm in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, and Possession of Methamphetamine, and Psilocybin with the Intent to Distribute, in violation of Title 21, United States Code, Sections 841(a)(1), and 846, as charged in Counts 1, 2, 3, 4, and 5 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

COUNT 7
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

7. On or about October 14, 2025, in the Northern District of Ohio, Eastern Division, Defendant SAM DIDINO, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Drug Possession, on or about September 6, 2022, in Case Number 2022 CR 165, in the Ashtabula County Court of Common

Pleas; Illegal Assembly or possession of chemicals for the manufacture of drugs, on or about March 18, 2016, in Case Number 2015 CR 290, in the Ashtabula County Court of Common Pleas; and Illegal Assembly or possession of chemicals for the manufacture of drugs, on or about November 10, 2014, in Case Number 2014 CR 094, in the Ashtabula County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus, model G2c (PT111 G2A), 9 mm, pistol, bearing serial number AEE395965, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

8. The allegations contained in Counts 1 through 7 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 (drug offenses) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offenses). As a result of the foregoing offenses, Defendant SAM DIDINO shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug offenses charged herein; any and all of his property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and, all firearms and ammunition involved in or used in the commission of the firearms offenses charged herein; including, but not limited to, the following: a Taurus,

model G2c (PT111 G2A), 9 mm, pistol, bearing serial number AEE395965, with any ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.